Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Ronald Nathan Howard seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Howard v. Saunders*, No. CA–00–663–3 (E.D.Va. May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

PER CURIAM.

Russell Anthony Romagna seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Romagna v. Virginia*, No. CA–01–816–AM (E.D. Va. June 27, 2001). We also deny Romagna's request for a writ of prohibition and for a transcript at the Government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Russell Anthony ROMAGNA, Petitioner–Appellant,**

v.

**Commonwealth of VIRGINIA, Respondent–Appellee.**

No. 01–7196.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Oct. 31, 2001.

Russell Anthony Romagna, pro se.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Paul Lee MOBLEY, Defendant–Appellant.**

No. 01–7334.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Oct. 31, 2001.

Paul Lee Mobley, pro se. Laura P. Tayman, Office of the United States Attorney, Norfolk, VA, for appellee.